CJ-23-5043

06 Den

*1056401850*

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

SEP - 1 2023

RICK WARREN
COURT CLERK
100

(1) SHERRY BUCKNER, as Next of Kin of DOMINIC BUCKNER, Deceased, and SHERRY BUCKNER and soon to be Administrator of the Estate of DOMINIC BUCKNER

Plaintiffs,

v.

(1) SSM HEALTH CARE OF OKLAHOMA, INC. d/b/a SSM HEALTH ST. ANTHONY HOSPITAL - MIDWEST

(2) VARIETY CARE INC.

(3) VARIETY CARE STRAKA, INC.

(4) JULIA MORRISON, DDS

(5) JOHN DOE

(6) BAPTIST HEALTHCARE OF OKLAHOMA, LLC

(7) BAPTIST HEALTHCARE OF OKLAHOMA, INC.

Defendant(s).

Case No. CJ-2023-5043

JURY TRIAL DEMANDED

## PLAINTIFF'S PETITION

COMES NOW, the Plaintiffs and on behalf of all wrongful death survivors, for Plaintiff's cause of action against Defendants, would show as follows:

1. **Decedent: Dominic Buckner** died on September 1, 2021, from sepsis and periodontal infection.

Ex. 2 - Plaintiff's Petition

2. **Plaintiff: Sherry Buckner** is the mother of Dominic Buckner and as the soon to be, Administrator of the Estate of Dominic Buckner, brings this action on behalf of all wrongful death survivors of the Decedent pursuant to a) Oklahoma Survivor Statutes, OKLA. STAT. tit. 12, § 1051; and b) Oklahoma Wrongful Death Statutes, OKLA. STAT. tit. 12, § 1053.

3. **Defendant**, **SSM Health Care of Oklahoma, Inc**. d/b/a SSM Health St. Anthony Hospital – Midwest is an Oklahoma non-profit company which at times material owned and conducted business as a hospital licensed under the laws of the state of Oklahoma, known as SM Health St. Anthony Hospital – Midwest.

4. **Defendant**, **SSM Health Care of Oklahoma, Inc**. is liable for the acts and/or omissions of its employees and agents, actual and/or ostensible who provided services to Dominic Buckner.

5. **Defendant**, **SSM Health Care of Oklahoma, Inc** can be served by serving its registered service agent C T Corporation System, 1833 South Morgan Road, Oklahoma City, Ok 73128

6. **Defendant**, **Variety Care Inc**. is an Oklahoma non-profit company which at times material owned, conducted and/or managed the business Variety Care Straka Terrace, 1025 Straka Terrace, Oklahoma City, OK 73139.

7. **Defendant**, **Variety Care Inc**. is liable for the acts and/or omissions of its employees and agents, actual and/or ostensible —including but not limited to Julia Morrison and John Doe — who provided services to Dominic Buckner.

8. **Defendant**, **Variety Care Inc**. can be served by serving its registered service agent Melissa R. Peros, 3000 N. Grand, Oklahoma OK 73107.

9. **Defendant, Variety Care Straka Inc.**, is an Oklahoma non-profit company which at times material owned, conducted and/or managed the business Variety Care Straka Terrace, 1025 Straka Terrace, Oklahoma City, OK 73139.

10. **Defendant, Variety Care Straka Inc.**, is liable for the acts and/or omissions of its employees and agents, actual and/or ostensible —including but not limited to Julia Morrison and John Doe — who provided services to Dominic Buckner.

11. **Defendant, Variety Care Straka Inc.** can be served by serving its registered service agent J. Christian Guzzy, Hartzog Conger Cason & Neville, 201 Robert S Kerr , 1600 Bank of Oklahoma Plaza, Oklahoma City, OK 73102

12. **Defendant, John Doe**, is and was at all times relevant to this action, a duly licensed dentist in the practice of general dentistry, holding him or herself self out as a general dentist and practicing at the dental office of Variety Care Straka Terrace, 1025 Straka Terrace, Oklahoma City, OK 73139.

13. **Defendant, Julia Morrison, DDS,** is and was at all times relevant to this action, a duly licensed dentist in the practice of general dentistry, holding herself self out as a general dentist and practicing at the dental office of Variety Care Straka Terrace, 1025 Straka Terrace, Oklahoma City, OK 73139.

14. **Defendant, Julia Morrison, DDS** can be at the dental office of Variety Care Straka Terrace, 1025 Straka Terrace, Oklahoma City, OK 73139.

15. **Defendant, Baptist Healthcare of Oklahoma, LLC** is an Oklahoma non-profit limited liability company which at times material owned and conducted business as

INTEGRIS Bass Baptist Health Center located at 600 S. Monroe Enid, OK 73702.

16. **Defendant, Baptist Healthcare of Oklahoma, LLC**. is liable for the acts and/or omissions of its employees and agents, actual and/or ostensible who provided services to Dominic Buckner.

17. **Defendant, Baptist Healthcare of Oklahoma, LLC** can be by serving the registered agent Brent Hubbard, 3001 Quail Springs Parkway, Oklahoma City, OK 73134.

18. **Defendant, Baptist Healthcare of Oklahoma, Inc.,** is an Oklahoma non-profit company which at times material owned and conducted business as INTEGRIS Bass Baptist Health Center located at 600 S. Monroe Enid, OK 73702.

19. **Defendant, Baptist Healthcare of Oklahoma, Inc** is liable for the acts and/or omissions of its employees and agents, actual and/or ostensible who provided services to Dominic Buckner.

20. **Defendant, Baptist Healthcare of Oklahoma, LLC** can be by serving the registered agent C. Bruce Lawrence, 3366 NW Expwy Ste 800, Oklahoma City OK 73112.

**COMMON FACTS**

21. Dominic Buckner went to SSM Health St. Anthony Hospital – Midwest in August 2021, for a severe toothache.

22. Dominic Buckner was prescribed antibiotics and pain medications and was then discharged the same day.

23. On August 20, 2021, Dominic Buckner went to Variety Care Clinic to get two teeth pulled.

24. That did not occur.

25. Instead, Dr. Julia Morrison, DDS saw puss in Dominic Buckner's mouth and prescribed ten days of antibiotics without performing any sort of culture or otherwise ascertaining the severity of the infection and sent Dominic Buckner's home.

26. On or about August 24, 2021, Dominic returned to Variety Care Clinic where Dr. Julia Morrison, DDS and/or John Doe pulled the two teeth and failed to identify an infection.

27. On August 28, 2021, Dominic Buckner was found at home balled up in severe pain. EMS took Dominic Buckner to Baptist Hospital one hour later.

28. Dominic Buckner had to be resuscitated thirty minutes after arrival.

29. Doctors at the hospital found an infection running through Dominic Buckner's body after the two teeth were moved,

30. Dominic Buckner's heart was barely pumping because he had pneumonia in his lungs and right side of heart.

31. Dominic's family removed Dominic from life support on September 1, 2021.

32. The causes of death are sepsis and periodontal infection.

**NEGLIGENCE AND VICARIOUS LIABILITY OF THE DEFENDANTS**

Plaintiffs adopt and incorporate by reference the allegations contained in paragraphs 1-26, above, and further allege and state as follows:

33. At all times pertinent hereto, Defendants, individually, corporately, and/or through their apparent and/or ostensible agents, servants, and/or employees, failed to appropriately identify, communicate, and properly treat Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection.

34. Defendant SSM Health Care of Oklahoma, Inc., by and through their agents, employees, and/or servants, knew or should have known that the failure to properly observe, assess, evaluate, and communicate Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection could cause injury and death.

35. Defendant SSM Health Care Of Oklahoma, Inc., negligently, carelessly, recklessly, and grossly negligent in its care and treatment of Dominic, including, but not limited to, the following: (1) the failure of its agents, employees, and servants to properly assess and evaluate Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection; (2) the failure of its agents, employees, and servants to properly observe and recognize Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection; (3) the failure of its agents, employees, and servants to appropriately communicate to other care providers, including the condition of Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection and the need for urgent follow-up care ; (5) the failure to appreciate that Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection was abnormal; (6) the failure to appreciate that Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection required immediately follow-up.

36. Defendant SSM Health Care of Oklahoma, Inc., by and through their agents, employees, and/or servants, knew or should have known that the failure to properly observe, assess, evaluate, and communicate the findings Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection may result in injury and death.

37. The negligent, careless, reckless, and grossly negligent conduct of Defendant SSM Health Care of Oklahoma, Inc., and their agents, servants, and/or employees was a direct and proximate cause of Dominic's severe personal injuries and eventual death.

38. Defendants Variety Care Inc., and Variety Care Straka Inc., by and through their agents, employees, and/or servants, knew or should have known that the failure to properly observe, assess, evaluate, and communicate Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection could cause injury and death.

39. Defendant Variety Care Inc., and Variety Care Straka Inc., negligently, carelessly, recklessly, and grossly negligent in its care and treatment of Dominic, including, but not limited to, the following: (1) the failure of its agents, employees, and servants to properly assess and evaluate Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection; (2) the failure of its agents, employees, and servants to properly observe and recognize Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection; (3) the failure of its agents, employees, and servants to appropriately communicate to other care providers, including the condition of Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection and the need for urgent follow-up care ; (5) the failure to appreciate that Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection was abnormal; (6) the failure to appreciate that Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection required immediately follow-up.

40. Defendant Variety Care Inc., and Variety Care Straka Inc., by and through their agents, employees, and/or servants, knew or should have known that the failure to properly observe, assess, evaluate, and communicate the findings Dominic's tooth ache; risk of

infection; recognition of the infection; and treatment of the infection may result in injury and death.

41. The negligent, careless, reckless, and grossly negligent conduct of Defendant Variety Care Inc., and Variety Care Straka Inc, and their agents, servants, and/or employees was a direct and proximate cause of Dominic's severe personal injuries and eventual death.

42. Defendants Julia Morrison and John Doe knew or should have known that the failure to properly observe, assess, evaluate, and communicate Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection could cause injury and death.

43. Defendant Julia Morrison and John Doe negligently, carelessly, recklessly, and grossly negligent in its care and treatment of Dominic, including, but not limited to, the following: (1) failed to properly assess and evaluate Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection; (2) failed to properly observe and recognize Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection; (3) the failure to appropriately communicate to other care providers, including the condition of Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection and the need for urgent follow-up care; (5) the failure to appreciate that Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection was abnormal; (6) the failure to appreciate that Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection required immediately follow-up.

44. Defendant Julia Morrison and John Doe by and through their agents, employees, and/or servants, knew or should have known that the failure to properly observe,

assess, evaluate, and communicate the findings Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection may result in injury and death.

45. The negligent, careless, reckless, and grossly negligent conduct of Defendants Julia Morrison and John Doe and their agents, servants, and/or employees was a direct and proximate cause of Dominic's severe personal injuries and eventual death.

46. At all times pertinent hereto, Defendants Julia Morrison and John Doe were the employee, ostensible, apparent and/or actual agent and/or servant of Variety Care Inc., and/or Variety Care Straka Inc acting within the scope of her employment and/or agency.

47. Defendant Variety Care Inc., and Variety Care Straka Inc is vicariously liable for the acts and omissions of Defendants Julia Morrison and John Doe.

48. Defendants Baptist Healthcare of Oklahoma, Inc and Baptist Healthcare of Oklahoma, LLC., by and through their agents, employees, and/or servants, knew or should have known that the failure to properly observe, assess, evaluate, and communicate Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection could cause injury and death.

49. Defendant Baptist Healthcare Of Oklahoma, Inc and Baptist Healthcare Of Oklahoma, LLC negligently, carelessly, recklessly, and grossly negligent in its care and treatment of Dominic, including, but not limited to, the following: (1) the failure of its agents, employees, and servants to properly assess and evaluate Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection; (2) the failure of its agents, employees, and servants to properly observe and recognize Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection; (3) the failure of its agents, employees, and servants to appropriately communicate to other care providers,

including the condition of Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection and the need for urgent follow-up care ; (5) the failure to appreciate that Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection was abnormal; (6) the failure to appreciate that Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection required immediately follow-up.

50. Defendant Baptist Healthcare of Oklahoma, Inc and Baptist Healthcare of Oklahoma, LLC by and through their agents, employees, and/or servants, knew or should have known that the failure to properly observe, assess, evaluate, and communicate the findings Dominic's tooth ache; risk of infection; recognition of the infection; and treatment of the infection may result in injury and death.

51. The negligent, careless, reckless, and grossly negligent conduct of Baptist Healthcare of Oklahoma, Inc and Baptist Healthcare of Oklahoma, LLC and their agents, servants, and/or employees was a direct and proximate cause of Dominic's severe personal injuries and eventual death.

52. As a direct and proximate result of Defendants' negligence, recklessness, and gross negligence, Plaintiffs have suffered the following damages for which they are entitled to recover:

a. Pecuniary loss, including but not limited to, loss of earnings, loss of earning capacity, and loss of household services;

b. Loss of consortium, society, services, parental relationship, and grief of the surviving spouse;

c. Loss of companionship and grief of the decedent's surviving mother;

d. Loss of companionship and grief of the decedent's surviving father;

e. Physical and emotional pain and suffering of Dominic Buckner;

f. Medical expenses;

g. Funeral and burial expenses; and

h. Punitive damages.

WHEREFORE, Plaintiffs pray for judgment against each of the Defendants for compensatory damages in an amount in excess of $75,000.00, exclusive of costs, interest, and attorney fees. Additionally, Plaintiffs pray for punitive damages against each of the Defendants in an amount in excess of $75,000.00.

Respectfully submitted,

Nicole R. Snapp-Holloway, OBA # 18472
MAPLES, NIX & DIESSELHORST
15401 N. May Ave.
Edmond, OK 73013
Telephone: 405.478.3737
Facsimile: 405.513.5005
E-mail: Nicole@MNDlawfirm.com

ATTORNEYS' LIEN CLAIMED